■ In the Matter of MARK TANGREDI, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036; *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Denman, J. P., Boomer, Green and Balio, JJ.

■ In the Matter of GREGORY BALDWIN, Respondent, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Appellant.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036: *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Denman, J. P., Boomer, Green and Balio, JJ.

■ In the Matter of KENNETH McDONALD, Petitioner, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Motion seeking relief pursuant to CPLR 5015 (a) (5) denied *(see, Matter of Huie [Furman],* 20 NY2d 568, 572, *mot to amend remittitur granted* 21 NY2d 1036; *Deeves v Fabric Fire Hose Co.,* 14 NY2d 633). Present—Dillon, P. J., Doerr, Boomer and Davis, JJ.

■ ANDREA ROGERS, Appellant, v THOMAS ROGERS, Respondent. (And Another Proceeding.)—Motion for leave to appeal to the Court of Appeals and for other relief denied. Memorandum: Assigned counsel's obligation terminates following a motion for leave to appeal to the Court of Appeals. Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.

■ PHILIP FRIES, Appellant, v JOANNE FRIES, Now Known as JOANNE PRICE-YABLIN, Respondent.—Motion by respondent for poor person relief and assignment of counsel denied. Memorandum: Respondent has failed to show that she has served the notice of motion upon the County Attorney and, in addition, she has failed to submit an affidavit listing her property with its value *(see,* CPLR 1101 [a], [c]; *Matter of Teeter v Reed,* 57 AD2d 735). Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.